**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Baizel,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>Town of Camp Verde, et al.,<br><br>　　　　　　Defendants. | No. CV-22-08058-PCT-SPL<br><br>**ORDER** |

Before the Court is Defendant Town of Camp Verde's Motion to Dismiss Plaintiff's Second Amended Complaint in Part (Doc. 32), filed August 30, 2022.[1] Pursuant to LRCiv 7.2(c), Plaintiff, who is represented by counsel, had until September 13, 2022 to respond to the Motion. To date, no Response has been filed. LRCiv 7.2(i) provides that if a party represented by "counsel does not serve and file the required answering memoranda, . . . . such non-compliance may be deemed a consent to the . . . granting of the motion and the Court may dispose of the motion summarily." Plaintiff has failed to respond to the Motion to Dismiss or request an extension of the time to do so. Moreover, the Court finds the arguments in the Motion to be well taken. Accordingly, the Court will grant the Motion.

///

---

[1] The Court's August 4, 2022 Order dismissed the claims against Defendants Rawley and Butler with prejudice. (Doc. 28). Accordingly, the Town of Camp Verde is the only remaining named Defendant.

**IT IS THEREFORE ORDERED** that Defendant Town of Camp Verde's Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 32) is **granted** as follows:

1. Count I is **dismissed without prejudice** to the extent it attempts to assert claims on behalf of any person other than Plaintiff, but survives as to Plaintiff individually.

2. Count II is **dismissed with prejudice** in its entirety.

**IT IS FURTHER ORDERED** that Defendant Town of Camp Verde must answer the remaining Count I of Plaintiff's Second Amended Complaint no later than **October 11, 2022**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants Rawley and Butler remain dismissed. The Clerk of Court shall **terminate** Defendants Rawley and Butler as parties to this action.

Dated this 20th day of September, 2022.

Honorable Steven P. Logan
United States District Judge